**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DONALD T. HEWIETT,

Plaintiff,

v.

Case No. 3:26-cv-26-WWB-SJH

NURSE JONES, et al,

Defendant.

---

**ORDER**

An order issued on July 14, 2026, dismissed this civil rights action without prejudice for lack of prosecution. (Doc. 7). Donald T. Hewiett failed to notify the Court of his current address since his release from custody in the Suwannee County Jail. Because Hewiett was obligated to keep the Court advised of his current address to effectively prosecute the case, it was dismissed without prejudice and closed.

On September 17, 2026, Hewiett mailed a letter to the Court, in which he explains that he advised the Court of his change of address by filing a notice in *Hewiett v. Jones*, 6:25-cv-2470-CEM-NWH. (Doc. 12). He points to the notice he filed on April 6, 2026, in which he advised the Court of his address at the Florida Department of Corrections Reception and Medical Center in Lake Butler, Florida. He argues that he timely notified the Court of his address at the state prison within two weeks of his arrival.

Because Hewiett mailed his letter to the Court more than twenty-eight days after the entry of the order dismissing the complaint, the Court cannot construe the letter as a motion to alter or amend the judgment. Fed. R. Civ. P. 59(e) ("A motion to alter or amend a judgment must be filed no later than twenty-eight days after the entry of the judgment.").

The Court instead construes the letter as a motion for relief under Federal Rule of Civil Procedure 60(b). A court may relieve a party from a final order for “mistake, inadvertence, surprise, or excusable neglect” or “any other reason that justifies relief.” Fed. R. Civ. P. 60(b)(1), (6).

Hewiett initially filed this action in the Orlando Division of the U.S. District Court for the Middle District of Florida. On January 7, 2026, it was transferred to the Jacksonville Division under 28 U.S.C. § 1406(a) and assigned a new case number. A review of the docket confirms that Hewiett filed his notice of change of address in his closed case in the Orlando Division, *after* it was transferred to the Jacksonville Division. *See* 6:25-cv-2470-CEM-NWH, Doc. 6. It appears that the Clerk of Court inadvertently neglected to docket the notice in this action pending in the Jacksonville Division. Because Hewiett notified the Court of his address in the state prison, relief under Rule 60(b)(6) is justified.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Hewiett’s construed Rule 60(b) Motion for Reconsideration is **GRANTED**.
2. The Clerk shall **VACATE** both the Order and Judgment (Doc. Nos. 7, 8) of dismissal and **RE-OPEN** this case.
3. The Court shall proceed to screen this case under 28 U.S.C. § 1915A in a separate order.

**DONE AND ORDERED** at Jacksonville, Florida, on October 19, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

JaxP-12
TpaP-5
C: Donald T. Hewiett, 99111020